IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

KATHARINE CLAFLIN, )
 )
      Plaintiff, )
 )
vs. ) Case No. 13-5023-CV-SW-ODS
 )
LARRY MITCHELL SHAW and )
BARTON COUNTY, MISSOURI, )
 )
      Defendants. )

<u>ORDER AND OPINION DENYING</u>
<u>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

      The Court has reviewed the parties' arguments and the supporting materials, including particularly Sheriff Shaw's response to Plaintiff's Interrogatories and Sheriff Shaw's deposition. Having done so, the Court concludes there are disputed issues of material fact that preclude entry of judgment as a matter of law. Plaintiff's Motion for Partial Summary Judgment (Doc. # 46) is denied.

IT IS SO ORDERED.

                            /s/ Ortrie D. Smith
                            ORTRIE D. SMITH, SENIOR JUDGE
DATE: January 10, 2014         UNITED STATES DISTRICT COURT